IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA, )
)
            Plaintiff, )            4:07CR3124
)
        v. )
)
DUC TUYEN VU, )            ORDER
)
            Defendant. )
)

IT IS ORDERED:

Defendant's motion for screening for substance abuse treatment, filing 17, is granted.  Pretrial Services shall arrange for the screening.

DATED this 14th day of December, 2007.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge