IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:07CR3124 |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| DUC TUYEN VU, | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing (filing no. 85), presently set for June 6, 2012, for a period of at least sixty (60) days. The Court, being fully advised in the premises, and noting that the Government has no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that Defendant Vu's revocation hearing, presently scheduled for June 6, 2012, shall be continued to August 7, 2012, at 12:00 noon. The defendant is ordered to appear at such time.

DATED this 1st day of June, 2012.

BY THE COURT:

*Richard G. Kopf*
The Honorable Richard G. Kopf
Senior United States District Judge